McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTELA RAYGOZA, MAJID DAROOGHEHA,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CIV-S 08 2778 LKK EFB<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

   This is an immigration case in which plaintiffs have challenged the delay in the adjudication of an application for a non-immigrant K-1 visa by U.S. Citizenship and Immigration Services (CIS). During the pendency of this lawsuit, Mr. Daroogheha has received his security clearance, and is in the process of appearing for an interview at the U.S. consulate in Turkey. Because of these administrative developments, it is anticipated that the matter will shortly become moot, and the parties stipulate to dismissal.


Dated: January 7, 2009

                                McGREGOR W. SCOTT
                                United States Attorney


                        By:     /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants

-1-

By: /s/ Mary Beth Kaufman
Mary Beth Kaufman
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED: January 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT